IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 99-cv-02040-ZLW

RAYMOND DANIEL MARTINEZ,

    Plaintiff,

v.

MICHAEL C. VILLANO, et al.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 20 2006

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's Amended Complaint filed on October 17, 2006, will not be considered because this action is closed.

Dated: October 20, 2006

Copies of this Minute Order mailed on October 20, 2006, to the following:

Raymond Daniel Martinez
1235 Sheridan
Lakewood, CO 80214

_____
Secretary/Deputy Clerk